THEODORE ROSS, ET AL. v. EXCEL PROPERTIES
CORP., ETC., ET AL.

March 24, 1987.

Petition for certification denied.

COMMITTEE FOR A RICKEL ALTERNATIVE AND LINDEN
MERCHANTS ASSOCIATION v. CITY OF LINDEN AND
SUPERMARKETS GENERAL CORPORATION.

March 24, 1987.

Petition for certification granted.   (See 214 *N.J.Super.* 631)

IN THE MATTER OF RICHARD DELANEY, ET AL., AND DE-
PARTMENT OF TRANSPORTATION PROMOTIONAL LISTS.

March 24, 1987.

Petition for certification denied.

MARY HART v. BOARD OF EDUCATION OF THE
BOROUGH OF RIDGEFIELD.

March 24, 1987.

Petition for certification denied.